Matter of Ronen (2024 NY Slip Op 03583)

Matter of Ronen

2024 NY Slip Op 03583

Decided on July 3, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:July 3, 2024

PM-132-24
[*1]In the Matter of Elan Howard Ronen, an Attorney. (Attorney Registration No. 5969183)

Calendar Date:July 1, 2024

Before:Garry, P.J., Pritzker, Reynolds Fitzgerald, Ceresia and Powers, JJ.

Elan Howard Ronen, Pittsburgh, Pennsylvania, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Elan Howard Ronen was admitted to practice by this Court in 2022 and lists a business address in Albany with the Office of Court Administration. Ronen now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Ronen's application.
Upon reading Ronen's affidavit sworn to May 14, 2024 and filed May 15, 2024, and upon reading the June 25, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Ronen is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Pritzker, Reynolds Fitzgerald, Ceresia and Powers, JJ., concur.
ORDERED that Elan Howard Ronen's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Elan Howard Ronen's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Elan Howard Ronen is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Ronen is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Elan Howard Ronen shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.